UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MILLER HYBRIDS, INC.<br><br>Plaintiff,<br><br>v.<br><br>AGRALITY SEEDS, INC., et al.,<br><br>Defendants. | Case No. 26-cv-12121<br><br>Honorable Robert J. White |

**ORDER OF DISMISSAL**

Miller Hybrids, Inc. initially commenced this action in the United States District Court for the Southern District of Indiana. (ECF No. 1). The district judge assigned to the case transferred the matter to the Western District of Michigan. (ECF No. 2, PageID.39). For reasons that are unclear, the filings in the case were erroneously transferred to this district as well.

Because the same case is currently pending in the Western District of Michigan (Case No. 26-cv-1948) pursuant to the previous district judge's transfer order, it is hereby,

ORDERED that the Clerk of the Court is directed to close the case as erroneously transferred from the Southern District of Indiana.

Dated: September 22, 2026

s/ Robert J. White
Robert J. White
United States District Judge